# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |
|---|---|
| JONATHAN-MICHAEL TREVARI, | ) ) ) PRISONER CIVIL RIGHTS 42 U.S.C. § 1983 |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. ) 1:15-CV-03234-AT-JFK |
| RANDY TILLMAN, *et al.,* | ) ) |
| Defendants. | ) ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, through the undersigned counsel of record, the Parties stipulate to the dismissal of this action, with prejudice. The Parties shall bear their own costs and expenses.

DATED: April 16, 2019.

Respectfully submitted,

*/s/ J. Matthew Brigman*
W. Ray Persons, Esq.
Georgia Bar No. 573525
J. Matthew Brigman, Esq.
Georgia Bar No 254905
**KING & SPALDING LLP**
1180 Peachtree Street NE
Atlanta, Georgia 30309-3521
Tel: (404) 572-4600
Fax: (404) 572-5100
rpersons@kslaw.com

mbrigman@kslaw.com
*Attorneys for Plaintiff*

<u>*/s/ Adam L. Appel*</u>
Adam Lowell Appel, Esq.
Georgia Bar No. 020765
Taryn C. Haumann, Esq.
Georgia Bar No. 957016
**DERMER APPEL RUDER, LLC**
6075 The Corners Parkway, Suite 210
Peachtree Corners, GA 30092
aappel@darlawllc.com
thaumann@darlawllc.com
*Attorneys for GEO Defendants*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have on this date served the foregoing **STIPULATION OF DISMISSAL** on all parties of record in the foregoing matter by filing with Clerk of Court using the CM/ECF System which will automatically send an email notification of such filing to the following attorneys of record:

Adam Lowell Appel, Esq.
Taryn C. Haumann, Esq.
**DERMER APPEL RUDER, LLC**
6075 The Corners Parkway, Suite 210
Peachtree Corners, GA 30092
aappel@darlawllc.com
thaumann@darlawllc.com
*Attorneys for the GEO Defendants*

This 16th day of April, 2019.

    */s/ J. Matthew Brigman*
J. Matthew Brigman
Georgia Bar No 254905

*Attorney for Plaintiff*